```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16036
    JESUS DOMINGUEZ
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-2734

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 11/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/20/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
GREAT AMERICAN FIN CO    SECURED           2613.50           .00         420.00
GREAT AMERICAN FINANCE   NOTICE ONLY      NOT FILED          .00            .00
WASHINGTON MUTUAL        CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL BANK   CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE     807.00            .00         807.00
WASHINGTON MUTUAL BANK   NOTICE ONLY      NOT FILED          .00            .00
BANK OF AMERICA          UNSECURED         4888.87           .00            .00
CITIFINANCIAL            UNSECURED        NOT FILED          .00            .00
EMERGENCY ROOM CARE      UNSECURED        NOT FILED          .00            .00
GREAT AMERICAN FINANCE   UNSECURED        NOT FILED          .00            .00
HOLY CROSS HOSPITAL      UNSECURED        NOT FILED          .00            .00
PEOPLES GAS & LIGHT      UNSECURED        NOT FILED          .00            .00
PEOPLES GAS & LIGHT      UNSECURED        NOT FILED          .00            .00
PEOPLES GAS & LIGHT      UNSECURED         1910.39           .00            .00
REAL TIME SOLUTION       NOTICE ONLY      NOT FILED          .00            .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC        .00            .00            .00
WASHINGTON MUTUAL        SECURED NOT I        .00            .00            .00
WASHINGTON MUTUAL        SECURED NOT I   44679.91            .00            .00
PHILIP A IGOE            DEBTOR ATTY       861.00                        861.00
TOM VAUGHN               TRUSTEE                                         162.00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              2,250.00

PRIORITY                                      .00
SECURED                                   1,227.00
UNSECURED                                      .00
ADMINISTRATIVE                              861.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16036 JESUS DOMINGUEZ
```

```
TRUSTEE COMPENSATION                                             162.00
DEBTOR REFUND                                                       .00
                                        ----------------   ----------------
TOTALS                                        2,250.00          2,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 11/19/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
        CASE NO. 07 B 16036 JESUS DOMINGUEZ
```